IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY S. MALISHKA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-0516 |
| v. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this _24th____ day of September, 2014, it is **ORDERED** that Plaintiff Wendy Malishka's Motion for Summary Judgment (ECF No. 44) is **DENIED**, and Defendant Metropolitan Life Insurance Company's Motion for Summary Judgment (ECF No. 47) is **GRANTED.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1